IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01416-RPM

GLORIA LEE,

    Plaintiff,

v.

THE COLORADO COALITION FOR THE HOMELESS,

    Defendant.

___

ORDER DENYING MOTION TO DISMISS

___

    Upon consideration of Defendant's Motion to Dismiss Plaintiff's First, Second, Third, Fourth, Seventh, Eighth and Ninth Causes of Action [4] filed June 22, 2011, and Plaintiff's response filed July 14, 2011, it is

    ORDERED that the motion is denied.

    Dated:   July 15th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge