IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01416-RPM

GLORIA LEE,

     Plaintiff,
v.

THE COLORADO COALITION FOR THE HOMELESS,

     Defendant.
_____

**ORDER OF DISMISSAL**
_____

     Pursuant to the Stipulated Notice of Dismissal with prejudice, it is hereby

     ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys fees.

     Dated: January 13th, 2012.

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge